No. 10-10705. Cornell F. Daye, Petitioner v. Jim Rubenstein, Commissioner, West Virginia Division of Corrections, et al.

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 5887.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 317.

No. 10-10706. Gabriel Kish, III, Petitioner v. United States.

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6043.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 424 Fed. Appx. 398.

No. 10-10707. James Edward Jefferson, Petitioner v. United States.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6091.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 464 Fed. Appx. 191.

No. 10-10709. Edward Washington, Petitioner v. Burl Cain, Warden.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6425,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-10710. Jabbar Wallace, Petitioner v. Pennsylvania.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6476.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 15 A.3d 536.

No. 10-10711. Ronald Alex Stevenson, Petitioner v. Jack Palmer, Warden, et al.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6592.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 410 Fed. Appx. 74.

No. 10-10712. Patrick S. McPherron, Petitioner v. United States District Court for the Northern District of Illinois.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6514.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-10713. Charles Sanchez, Petitioner v. Lupe Aldrich, et al.

565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6110,

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.